**STATE OF FLORIDA, ex rel. D. W. DRENNAN, as assignee of ALTON M. AKE, v. B. F. BUTLER, et al., (Broward County Port Authority).**

13 So. (2nd) 2
April 6, 1943

January Term, 1943
En Banc

*Manley P. Caldwell,* for appellant.

*T. O. Berryhill* and *C. L. Chancey,* for appellees.

PER CURIAM:

This is a companion case to State, ex rel. Drennan, as assignee of Alton M. Ake v. H. L. McCann, et al., decided this date. The question raised is concluded by what we said in the last cited case so the judgment is reversed on authority thereof.

It is so ordered.

BUFORD, C. J., TERRELL, THOMAS and SEBRING, JJ., concur.

BROWN, CHAPMAN and ADAMS, JJ., dissent.